MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone:    (510) 523-4702
Facsimile:    (510)747-1640

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA              NO. CV15-03464 SLM

                Plaintiff,

      v.                                                    **JUDGMENT ON DEFAULT**

FRANK C. MCKINNEY
aka FRANK MCKINNEY
aka FRANCIS B. MCKINNEY
aka FRANKLIN C. MCKINNEY
aka FRANK CHARLES MCKINNEY
aka PHRANK MCKINNEY,

                Defendant.
_____/

      In the above entitled action, the defendant FRANK C. MCKINNEY aka FRANK

MCKINNEY aka FRANCIS B. MCKINNEY aka FRANKLIN C. MCKINNEY aka FRANK

CHARLES MCKINNEY aka PHRANK MCKINNEY having been duly served with the

Summons and a copy of the Complaint in the action, and the defendant having failed to

appear, answer, plead, or otherwise defend in the action within the time allowed by law, or

at all, and default having been duly entered; and it further appearing that plaintiff's claim

against the defendant is for a sum certain and for interest which can by computation be

made certain and for costs; and it further appearing that a declaration on behalf of the

plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said

defendant in accordance with the prayer of the Complaint, and also setting forth that

1  defendant is not an infant or incompetent person or in the military service of the United

2  States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501

3  *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to

4  the benefits of said Act, and praying that Judgment  be entered herein.

5        NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

6        IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of

7  and from the defendant, FRANK C. MCKINNEY aka FRANK MCKINNEY aka FRANCIS B.

8  MCKINNEY aka FRANKLIN C. MCKINNEY aka FRANK CHARLES MCKINNEY aka

9  PHRANK MCKINNEY, the sum of $28,927.35 as principal, interest, attorney fees, and

10  costs, plus interest in the amount of $1.76 per day from September 16, 2015, to the date of

11  entry of the judgment, plus post judgment interest thereafter at the current legal rate per

12  annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded

13  annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith

14  entered accordingly.

15

16  JUDGMENT ENTERED:_____9/18/2015_____

17

18                                    SUSAN Y. SOONG, Clerk
                                       UNITED STATES DISTRICT COURT

19

20                                    _____
                                       Deputy Clerk      Mark Romyn

21

22

23

24

25

26

27

28